FERDINANDO AMBROSIO, ET AL. v. ANTONIO NAVARRO, ET AL.

June 9, 1987.

Petition for certification denied.


RAYMOND KYRIAKOS, M.D. v. STATE OF NEW JERSEY,
DEPARTMENT OF HUMAN SERVICES.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 308)


JOSEPHINE MCVEY v. ENGLEWOOD HOSPITAL ASSOCIATION.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 502)


ERNEST PANCEL v. JAMES POTTS.

June 9, 1987.

Petition for certification denied.